Trias Holding AG v. Zhang Xiao Bo, et al. - Case No. 18-cv-03522

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | zhang xiao bo | 2 | Walter Washington |
| 3 | Vernon Kearns | 4 | topbagsonlineshop.com |
| 5 | Tony Roberts | 6 | Todd Barr |
| 7 | Sylvester Williams | 8 | Susan Palmer |
| 9 | sun wuneng | 10 | sobrevivofilm.com |
| 11 | sievednonsense.com | 12 | Seth Templin |
| 13 | Ruth Bennett | 14 | Ronald Ferguson |
| 15 | Robert Peterson | 16 | Robert Newman |
| 17 | Robbie Boudreaux | 18 | paraxogarcia.com |
| 19 | okdiscountushops.com | 20 | myapples.mobi |
| 21 | mobilindir.mobi | 22 | Michael Paiz |
| 23 | mcmhandbags.name | 24 | mcmbackpacksoutletstore.com |
| 25 | Marisha Juarez | 26 | Manuel Bowers |
| 27 | liu xue mei | 28 | Lillian Douglas |
| 29 | Leah Hutchinson | 30 | Julia Hampton |
| 31 | John Taylor | 32 | John Mendelsohn |
| 33 | Joan Hamann | 34 | Jo Sheppard |
| 35 | Jane Butler | 36 | James Tarr |
| 37 | Isabelle Connolly | 38 | he yaolong |
| 39 | he yao long | 40 | Grace Aguilar |
| 41 | fashiontophandbagsonline.com | 42 | Ethel Algarin |
| 43 | Esperanza Millican | 44 | Diane Snyder |
| 45 | dequn zhao | 46 | Dee Miller |
| 47 | Debbie Ramirez | 48 | Danna Key |
| 49 | cheaptophandbagsonline.com | 50 | cheapmcmbagsshop.com |
| 51 | Chad Moody | 52 | Casey Johnson |
| 53 | Candelaria Dean | 54 | brandon frasure |
| 55 | asesoriamarisatarrago.com | 56 | Angela Bright |
| 57 | albergopaolafirenze.com | 58 | alaribe collins |
| 59 | Adela Lee | 60 | 180101 children School Bags Store |
| 61 | A Chinese girl Store | 62 | Aliwilliamer Bag Store |
| 63 | andylau store | 64 | antar Store |
| 65 | AOYI Store | 66 | Bag again |
| 67 | Bagshauls Store | 68 | Beauty Life Style Co.,Ltd |
| 69 | Beilelve Bags Store | 70 | Bella's Bag Shop |
| 71 | best4shopping968 | 72 | BILLTERA Store |
| 73 | BINGO KIDS STORE | 74 | BUYD Store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 75 | CC bags Store | 76 | cfygift2017 |
| 77 | Chiko Co., Ltd. | 78 | China's Kingway Store |
| 79 | CNOBLE Official Store | 80 | coneed willbeen bag store |
| 81 | coofit Official Store | 82 | crazyhouse |
| 83 | daizhujun959 | 84 | Dina Younger Store |
| 85 | direwolf store | 86 | Driga Bag Store |
| 87 | drsmarter2010 | 88 | DUDINI Official Store |
| 89 | ESTUAQUEEN DESIGNER Store | 90 | eterfto store |
| 91 | FANGB BAG Store | 92 | Fashion Bags&shoes Flagship Shop |
| 93 | fashion9mart | 94 | fashionarea store |
| 95 | feng ying trading company | 96 | filimohlls official store |
| 97 | Funatom A_Service Store | 98 | further store |
| 99 | gajia bags store | 100 | Gato Bags Store |
| 101 | GDZHLbag 10 Store | 102 | Global sell |
| 103 | Go Go Girl Store | 104 | good bag Store |
| 105 | Good Luck for your Store | 106 | Good-Quality-Bag Store |
| 107 | HanhanTan Store | 108 | haozailaixiebao store |
| 109 | Hefei Kinsney Trading Co., Ltd. | 110 | Hefei Zhongmai Trade Co., Ltd. |
| 111 | HERMOSA Store | 112 | J R L ke jee Store |
| 113 | JJ Bag Store | 114 | jops5039 |
| 115 | JOYPESSIE | 116 | joypessie Franchised Store |
| 117 | junjie01110 | 118 | kingluck NewBag Store |
| 119 | kmffly high quality handbags store | 120 | kunzite Kunzite Bags Franchise Store |
| 121 | kunzite store | 122 | Leader Pal |
| 123 | leedunol | 124 | LENLEI'GOOD Store |
| 125 | lili's pretty style | 126 | Little Dream Store |
| 127 | longrui business backpack franchise stores store | 128 | Loodial 123 bag Store |
| 129 | Lucky In The Store | 130 | Luckytop Store |
| 131 | Maison Fabre Designer Store | 132 | MAOTEM Store |
| 133 | marabyan official store | 134 | molave stylish bag store |
| 135 | MOVING BAG | 136 | MUMU'S Bag Store |
| 137 | no a store | 138 | ocardian profession store |
| 139 | OkStar Bag Store | 140 | PINDA Official Store |
| 141 | Queena design Store | 142 | RDGGUH Store97.6% |
| 143 | ROSE GIRL BAG Store | 144 | sac boutique store |
| 145 | sanyuantb | 146 | Sarah's Fashion Shop |
| 147 | sayzisfa beautiful bag store | 148 | School bag Factory Store Store |
| 149 | Shop1165078 Store | 150 | shop118127 store |
| 151 | Shop2817092 Store | 152 | Shop2924083 Store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 153 | Shop2954212 Store | 154 | Shop2965051 Store |
| 155 | Shop3102028 Store | 156 | Shop3178030 Store |
| 157 | Shop3724005 Store | 158 | Shop616797 Store |
| 159 | smg bags store | 160 | tarosingle store |
| 161 | tchf1234 | 162 | tfhhao5day |
| 163 | Tramean Store | 164 | transer designer store |
| 165 | usdh first bag store | 166 | Vicky's Fashion mall |
| 167 | VogueStar Bag Store | 168 | wahiya Store |
| 169 | Wokeayer Store | 170 | Wonderful&trip |
| 171 | wz bag fashion store | 172 | xiaoxiao store |
| 173 | xiniu Company Store | 174 | Xiniu Luggage Store |
| 175 | xjmy1112m | 176 | xjwp3184 |
| 177 | x-online | 178 | XStar Bags Co., Ltd Store |
| 179 | Xue Store | 180 | XUNFEI Store |
| 181 | YI HUI BAG Store | 182 | Yiliya Handbag |
| 183 | Yiwu Jiejing Trading Company Store | 184 | Yiwu Moone Store |
| 185 | YMK Store | 186 | You satisfied My Pleasure |
| 187 | YOUNGER BAG Store | 188 | YsinoBear OfficialFlagship Store |
| 189 | yulong62 | 190 | YYY BAGS Store |
| 191 | zhaocaimao99888 | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | aliexpress.com/store/3274034 | 2 | aliexpress.com/store/2796221 |
| 3 | aliexpress.com/store/3048049 | 4 | aliexpress.com/store/3484046 |
| 5 | aliexpress.com/store/3860006 | 6 | aliexpress.com/store/1181883 |
| 7 | aliexpress.com/store/1722197 | 8 | aliexpress.com/store/2475026 |
| 9 | aliexpress.com/store/1826045 | 10 | aliexpress.com/store/119502 |
| 11 | aliexpress.com/store/1512272 | 12 | ebay.com/usr/best4shopping968 |
| 13 | aliexpress.com/store/1003010 | 14 | aliexpress.com/store/1628015 |
| 15 | aliexpress.com/store/1799452 | 16 | aliexpress.com/store/2390104 |
| 17 | ebay.com/usr/cfygift2017 | 18 | aliexpress.com/store/2327013 |
| 19 | aliexpress.com/store/1230022 | 20 | aliexpress.com/store/3734033 |
| 21 | aliexpress.com/store/2956152 | 22 | aliexpress.com/store/3007058 |
| 23 | dhgate.com/product/luxury-brand-pu-leather-designer-backpack/408529956.html | 24 | ebay.com/usr/daizhujun959 |
| 25 | aliexpress.com/store/1988576 | 26 | aliexpress.com/store/3044068 |
| 27 | aliexpress.com/store/3252025 | 28 | ebay.com/usr/drsmarter2010 |
| 29 | aliexpress.com/store/1262188 | 30 | aliexpress.com/store/1496986 |
| 31 | aliexpress.com/store/2656112 | 32 | aliexpress.com/store/3223153 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 33 | aliexpress.com/store/1751330 | 34 | ebay.com/usr/fashion9mart |
| 35 | aliexpress.com/store/3203072 | 36 | aliexpress.com/store/1079706 |
| 37 | aliexpress.com/store/1159872 | 38 | aliexpress.com/store/3199018 |
| 39 | aliexpress.com/store/2871004 | 40 | gajia.aliexpress.com/store/1038511 |
| 41 | aliexpress.com/store/2838036 | 42 | aliexpress.com/store/3039008 |
| 43 | aliexpress.com/store/1282353 | 44 | aliexpress.com/store/2194017 |
| 45 | aliexpress.com/store/3005055 | 46 | aliexpress.com/store/3207007 |
| 47 | aliexpress.com/store/3477008 | 48 | aliexpress.com/store/1314579 |
| 49 | aliexpress.com/store/3621170 | 50 | kinsney.en.alibaba.com |
| 51 | zhmany.en.alibaba.com | 52 | aliexpress.com/store/1473585 |
| 53 | aliexpress.com/store/122005 | 54 | aliexpress.com/store/2800101 |
| 55 | ebay.com/usr/jops5039 | 56 | aliexpress.com/store/1944558 |
| 57 | aliexpress.com/store/1755564 | 58 | ebay.com/usr/junjie01110 |
| 59 | aliexpress.com/store/3905040 | 60 | aliexpress.com/store/1711023 |
| 61 | aliexpress.com/store/2892011 | 62 | aliexpress.com/store/2096046 |
| 63 | aliexpress.com/store/1967818 | 64 | ebay.com/usr/leedunol |
| 65 | aliexpress.com/store/3223024 | 66 | aliexpress.com/store/411745 |
| 67 | aliexpress.com/store/2058113 | 68 | aliexpress.com/store/3481036 |
| 69 | aliexpress.com/store/1380064 | 70 | aliexpress.com/store/1513197 |
| 71 | aliexpress.com/store/3248079 | 72 | aliexpress.com/store/2785067 |
| 73 | aliexpress.com/store/2227073 | 74 | aliexpress.com/store/3477060 |
| 75 | aliexpress.com/store/2739006 | 76 | aliexpress.com/store/1418299 |
| 77 | aliexpress.com/store/3767003 | 78 | aliexpress.com/store/2164066 |
| 79 | aliexpress.com/store/2954139 | 80 | aliexpress.com/store/2854029 |
| 81 | aliexpress.com/store/2713005 | 82 | aliexpress.com/store/2443003 |
| 83 | aliexpress.com/store/2819103 | 84 | aliexpress.com/store/826935 |
| 85 | aliexpress.com/store/2396073 | 86 | ebay.com/usr/sanyuantb |
| 87 | aliexpress.com/store/923321 | 88 | aliexpress.com/store/1544013 |
| 89 | aliexpress.com/store/3251107 | 90 | aliexpress.com/store/1165078 |
| 91 | aliexpress.com/store/118127 | 92 | aliexpress.com/store/2817092 |
| 93 | aliexpress.com/store/2924083 | 94 | aliexpress.com/store/2954212 |
| 95 | aliexpress.com/store/2965051 | 96 | aliexpress.com/store/3102028 |
| 97 | aliexpress.com/store/3178030 | 98 | aliexpress.com/store/3724005 |
| 99 | aliexpress.com/store/616797 | 100 | aliexpress.com/store/2781028 |
| 101 | aliexpress.com/store/2174119 | 102 | ioffer.com/selling/tchf1234 |
| 103 | ioffer.com/selling/tfhhao5day | 104 | aliexpress.com/store/3483047 |
| 105 | aliexpress.com/store/2219037 | 106 | aliexpress.com/store/3516035 |
| 107 | aliexpress.com/store/1755762 | 108 | aliexpress.com/store/613635 |
| 109 | aliexpress.com/store/2671025 | 110 | aliexpress.com/store/2835049 |
| 111 | aliexpress.com/store/1802190 | 112 | aliexpress.com/store/739904 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 113 | aliexpress.com/store/2946248 | 114 | aliexpress.com/store/3001003 |
| 115 | aliexpress.com/store/2791006 | 116 | ebay.com/usr/xjmy1112m |
| 117 | ebay.com/usr/xjwp3184 | 118 | aliexpress.com/store/1838152 |
| 119 | aliexpress.com/store/2349207 | 120 | aliexpress.com/store/3134020 |
| 121 | aliexpress.com/store/2955186 | 122 | aliexpress.com/store/3111085 |
| 123 | aliexpress.com/store/1935578 | 124 | aliexpress.com/store/1710564 |
| 125 | aliexpress.com/store/2655132 | 126 | aliexpress.com/store/3252102 |
| 127 | aliexpress.com/store/2174061 | 128 | aliexpress.com/store/3473034 |
| 129 | aliexpress.com/store/3079055 | 130 | ioffer.com/selling/yulong62 |
| 131 | aliexpress.com/store/1333279 | 132 | ioffer.com/selling/zhaocaimao99888 |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | coaabuy.com | 2 | bluemesagrillco.com |
| 3 | incitarhaninsaat.com | 4 | topbagsonlineshop.com |
| 5 | abogadosporinternet.com | 6 | comunidademanancial.com |
| 7 | iampebblian.com | 8 | protunegaming.com |
| 9 | mcm-outlet.us.org | 10 | sobrevivofilm.com |
| 11 | sievednonsense.com | 12 | harmonywoodcrafts.com |
| 13 | kwikdrawdesign.com | 14 | abstractshirt.com |
| 15 | jubiler-obraczki.com | 16 | jetkontorbayi.com |
| 17 | johnsequipmentrental.com | 18 | paraxogarcia.com |
| 19 | okdiscountushops.com | 20 | myapples.mobi |
| 21 | mobilindir.mobi | 22 | drjohnbizon.com |
| 23 | mcmhandbags.name | 24 | mcmbackpacksoutletstore.com |
| 25 | iagreetech.com | 26 | banderasadelsa.com |
| 27 | opticalfiberpatchcable.com | 28 | restaurantesdesantiago.com |
| 29 | miabeggphotography.com | 30 | utkumersinli.com |
| 31 | mtsuppliers.com | 32 | granitemarbleworks.com |
| 33 | newbodyshapenow.com | 34 | tvtrip-production.com |
| 35 | mcmbackpack.us.com | 36 | peterbodigphotography.com |
| 37 | finance-aaa.com | 38 | fionadalyprojects.com |
| 39 | bestininternetmarketing.com | 40 | leakblock.org |
| 41 | scararevisioni.com | 42 | fashiontophandbagsonline.com |
| 43 | debetovie-karti.com | 44 | intangibleluxury.com |
| 45 | monragout.com | 46 | yococinotudisfrutas.com |
| 47 | perroblancofilms.com | 48 | ava-beauty.com |
| 49 | lamirez.com | 50 | mcmofficial.us |
| 51 | cheaptophandbagsonline.com | 52 | cheapmcmbagsshop.com |
| 53 | snowglowelsadoll.com | 54 | fallingprairie.com |
| 55 | bluedotalabama.com | 56 | annakochar.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 57 | asesoriamarisatarrago.com | 58 | topinternetpros.com |
| 59 | albergopaolafirenze.com | 60 | mcmoutletstore.us.org |
| 61 | cmmapinc.com | 62 | mcmoutlet.us.org |